452 A.2d 1011
COMMONWEALTH of Pennsylvania, Appellee,

v.

Carlton LANE, Appellant.

Supreme Court of Pennsylvania.

Submitted Oct. 22, 1982.

Decided Dec. 10, 1982.

David N. Rosen, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Alan J. Sacks, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

The judgments of sentence of the court of common pleas are affirmed.